**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 72 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1007 EDA |
| | : | 2021 entered on January 18, 2022, |
| TONY BOYD JR., | : | **affirming** the Judgment of Sentence |
| | : | of the Montgomery County Court of |
| Petitioner | : | Common Pleas at No. CP-46-CR- |
| | : | 0005725-2018 entered on June 23, |
| | : | 2020 |

## ORDER

**PER CURIAM**                                        **DECIDED: August 24, 2022**

**AND NOW**, this 24th day of August, 2022, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Thorne*, 2022 WL 2231821 (filed June 22, 2022).